## AFFIRMATION OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Index Number: 1:24-CV-08429-RA

Date Filed: 11/6/2024

Plaintiff:
**Primitivo Robles, on behalf of himself and all others similarly situated**

vs.

Defendant:
**BCPSI Enterprises LLC d/b/a Highstone**

**State of New York, County of Albany)ss.:**

Received by Meridian Investigations & Security to be served on **BCPSI Enterprises LLC d/b/a Highstone, C/O URS Agents Inc., One Commerce Plaza-Ste 805A, Albany, NY 12210**.

I, Patricia Burke, do hereby affirm that on the **11th day of December, 2024** at **2:25 pm**, I:

served a **REGISTERED AGENT** by delivering a true copy of the **Summons in a Civil Action, Class Action Complaint and Demand for Jury Trial** to: **Paul Hopeck** as **Vice President** of **URS Agents Inc., Registered Agent,** at the address of: **C/O URS Agents Inc., One Commerce Plaza-Ste 805A, Albany, NY 12210** on behalf of **BCPSI Enterprises LLC d/b/a Highstone**

**Description** of Person Served: Age: 45, Sex: M, Race/Skin Color: White, Height: 5'8", Weight: 190, Hair: Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action.

I affirm on _____, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Patricia Burke
Process Server

**Meridian Investigations & Security
48 Davis Avenue
Port Washington, NY 11050**

Our Job Serial Number: SRN-2024006665

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0b