## AFFIRMATION OF SERVICE

State of New York                    County of Southern                    Usdc Court

Index Number: 1:24-CV-08429-RA
Date Filed: _____

Plaintiff:
**Primitivo Robles, on behalf of himself and all others similarly situated**

vs.

Defendant:
**BCPSI Enterprises LLC d/b/a Highstone**

**State of New York, County of Albany)ss.:**

Received by Meridian Investigations & Security to be served on **BCPSI ENTERPRISES LLC s/h/a BCPSI ENTERPRISES LLC d/b/a HIGHSTONE.**

I, Patricia Burke, do hereby affirm that on the **20th day of March, 2025** at **3:15 pm**, I:

served the within named Limited Liability Company, **BCPSI ENTERPRISES LLC s/h/a BCPSI ENTERPRISES LLC d/b/a HIGHSTONE** by delivering two true copies of the **Order to Show Cause for Default Judgment and Memorandum of Law in Support of Motion for Default Judgment pursuant to New York State Section 303 LLCL together with statutory service fee in the amount of $40.00** to **Nancy Dougherty** as **Business Document Specialist** of New York State Department of State, 99 Washington Avenue, 6th Floor, Albany, NY 12210. The New York State Department of state being the Registered Agent/Statutory Agent of record of the within named limited liability company, in compliance with state statutes.

**Description** of Person Served: Age: 65, Sex: F, Race/Skin Color: White, Height: 5'4", Weight: 150, Hair: Brown, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action.

I affirm on __3/21/25__, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Patricia Burke
Process Server

**Meridian Investigations & Security**
**48 Davis Avenue**
**Port Washington, NY 11050**

Our Job Serial Number: SRN-2025002075

Copyright © 1992-2025 DreamBuilt Software, Inc - Process Server's Toolbox V9.0b