UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PRIMITIVO ROBLES, *on behalf of himself and all others similarly situated*,

        Plaintiff,

v.

BCPSI ENTERPRISES LLC d/b/a HIGHSTONE,

        Defendant.

24-CV-8429 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    A hearing on the Court's March 13, 2025 Order to Show Cause was previously scheduled for April 17, 2025. However, Plaintiff has failed to comply with the requirements of Local Civil Rules 55.2(a)(1) and (c) that certain representations be made by affidavit or declaration. Accordingly, the hearing previously scheduled for April 17, 2025 is hereby adjourned to May 1, 2025 at 11:30 a.m. No later than April 21, 2025, Plaintiff shall complete all filings required by the Local Civil Rules. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

    Plaintiff shall serve this Order and supporting papers on Defendant no later than April 24, 2025 and shall file proof of service on the docket.

SO ORDERED.

Dated:    April 15, 2025
           New York, New York

                                            Ronnie Abrams
                                            United States District Judge