UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRIMITIVO ROBLES, *on behalf of himself and all others similarly situated*,<br><br>          Plaintiff,<br><br>       v.<br><br>BCPSI ENTERPRISES LLC d/b/a HIGHSTONE,<br><br>          Defendant. | 24-CV-8429 (RA)<br><br><u>ORDER</u> |

RONNIE ABRAMS, United States District Judge:

   A hearing on the Court's March 13, 2025 Order to Show Cause was previously scheduled for April 17, 2025. The Court adjourned that hearing to May 1, 2025 because Plaintiff failed to comply with the requirements of Local Civil Rules 55.2(a)(1) and (c) that certain representations be made by affidavit or declaration. *See* ECF No. 19. On April 17, 2025, Plaintiff filed an affirmation in response to the Court's order. *See* ECF No. 20. That affirmation again fails to comply with the requirements of Local Civil Rule 55.2, includes the wrong plaintiff's name, and attaches supporting materials from an unrelated case.

   Accordingly, the hearing previously scheduled for May 1, 2025 is hereby adjourned *sine die*. No later than May 9, 2025, Plaintiff shall file a new motion for default judgment that fully complies with the requirements of the Federal Rules of Civil Procedure and the Local Civil Rules. Failure to do so will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b) and may result in further sanctions pursuant to Federal Rule of Civil Procedure 11.

   Plaintiff shall serve this Order and supporting papers on Defendant no later than May 1, 2025 and shall file proof of service on the docket.

SO ORDERED.

Dated:  April 30, 2025
     New York, New York

                     _____
                     Ronnie Abrams
                     United States District Judge